# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE JACKSON, | : | |
| Plaintiff, | : | Case No. 5:19CV806 |
| v. | : | Judge John R. Adams |
| SPEEDWAY, LLC et al., | : | **ORDER** |
| Defendants. | : | |

The parties have informed the Court that this matter has been resolved. Accordingly, it is hereby ORDERED that this case is dismissed without prejudice. The parties have 60 business days from the date of this Order to memorialize their agreement in writing. The written settlement agreement and any other settlement materials may be filed under seal if the parties so choose. Counsel for Plaintiff shall file a dismissal of the case with prejudice within two business days of receiving the fully-executed settlement agreement. The Court retains jurisdiction over the settlement.

It is further ORDERED that the Case Management Conference scheduled for Monday, May 11 is adjourned.

IT IS SO ORDERED.

Dated: May 8, 2020

s/John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE